UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-21651-Civ-COOKE/DAMIAN

**SKYJET, INC.**, a Texas corporation,

    Plaintiff,

vs.

**CDS ASSET MANAGEMENT, LLC**, a Nevada
limited liability company,

    Defendant.
_____/

**ORDER ADOPTING AND AFFIRMING
U.S. MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** is before the Court upon U.S. Magistrate Judge Melissa Damian's Report and Recommendation [ECF No. 42] ("R&R") on Plaintiff Skyjet, Inc.'s Motion for Preliminary Injunction [ECF No. 55]. In her R&R, Judge Damian recommends that the Motion be denied because Plaintiff "has not satisfied its burden of persuasion as to the prerequisites for injunctive relief[.]" *Id.* at p. 23.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). If no party timely objects, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's notes (citation omitted).

The Court has reviewed Judge Damian's R&R, and notes that the Parties did not file any objections to the R&R. Because the Court finds no clear error, it is **ORDERED and ADJUDGED** as follows:

    1. Judge Damian's Report and Recommendation [ECF No. 42] is **ADOPTED and AFFIRMED**; and

1

2. Plaintiff Skyjet, Inc.'s Motion for Preliminary Injunction [ECF No. 55] is

**DENIED**.

**DONE and ORDERED** in Chambers in Miami, Florida, this 14th day of November 2022.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT COURT JUDGE**
**For Marcia G. Cooke, U.S. District Judge**

Copies furnished to:
Melissa Damian, U.S. Magistrate Judge
Counsel of record